UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY LEE HUSKEY, JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 4:23-cv-01197-SRC |
| DORIS FALKENRATH, | ) ) ) |
| Respondent. | ) |

## Order

When the Court dismissed this action, it certified in writing that an appeal from the dismissal would not be taken in good faith. *See* doc. 11 at 9; doc. 12; 28 U.S.C. § 1915(a)(3). As a result, the Court denies Jerry Huskey's [15] Motion for Leave to Proceed In Forma Pauperis. In addition, the Court denies Huskey's [16] Application for Certificate of Appealability because Huskey has failed to show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right *and* that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Jimenez v. Quarterman*, 555 U.S. 113, 118 n.3 (2009) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

So ordered this 22nd day of August 2024.

_SL R. CQ_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE